AO91 (Rev. 8/01) Criminal Complaint

U.S. MAGISTRATE COURT
JSH – SDTY

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**

AUG 25 2014  CLR

Laredo Division

UNITED STATES OF AMERICA
V.
**Darrell Wayne RICHARDSON**
Plano, Texas
United States

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: 5:14 mj 1119-1

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 22, 2014** (Date) in **Laredo, Texas** **Webb** County, in the **Southern** District of **Texas**, **Darrell Wayne RICHARDSON** defendant(s),

a United States citizen, did unlawfully transport Mexican aliens Feliciano ROMERO-Juarez, Enicia MONDRAGON-Sanchez, Samuel RIOS-Acevedo and five (5) other Mexican aliens by means of a motor vehicle within the Southern District of Texas, knowing or in reckless disregard of the fact that said aliens had come to, entered, or remained in the United States in violation of law, and transported, moved, or attempted to move said aliens within the United States by means of motor vehicle or otherwise, in furtherance of such violation of law.

in violation of Title **8** United States Code, Section(s) **1324**

I further state that I am a(n) **U.S. Homeland Security Investigations Special Agent** and that this complaint is based on the
Official Title
following facts: based on statements of the accused and the records of the Immigration & Customs Enforcement.

Continued on the attached sheet and made a part of this complaint:  [X] Yes   [ ] No

_____
Signature of Complainant

**Leopoldo Ruiz**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**August 25, 2014**                                                                 at   **Laredo, Texas**
Date                                                                                                    City and State

**J. Scott Hacker**
U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

United States of America                                                                                           Page 2

vs

Darrell Wayne RICHARDSON

**[CONT OF BASIS OF COMPLAINT]**

On August 22, 2014, Laredo North Border Patrol Agents (BPAs) were working their assigned duties at the United States Border Patrol checkpoint located approximately twenty nine (29) miles north of Laredo, Texas on Interstate 35. At approximately 8:30a.m., a white Freightliner tractor approached the primary lane for inspection. BPAs proceeded to conduct an immigration inspection of the driver, later identified as Darrell Wayne RICHARDSON, at which time they requested and were granted consent by RICHARDSON to search the inside of the tractor. BPAs then discovered eight (8) individuals hiding inside compartments within the cab of the tractor. BPAs conducted brief immigration inspections of all eight (8) individuals and determined they were all citizens of Mexico with no legal right to enter or remain in the United States. BPAs placed RICHARDSON and the eight (8) undocumented aliens (UDAs) under arrest and escorted them into the checkpoint for processing.

At approximately 10:30a.m., Homeland Security Special Agents (SAs), together with BPAs, conducted interviews of the eight (8) undocumented aliens regarding the circumstances prior to their arrest. HSI SAs were informed by the UDAs that they had been instructed by an unknown adult hispanic male to get into a white tractor, which was located in the parking lot of a hotel. The UDAs stated they were also instructed by the same unknown hispanic male to hide in different compartments within the cab of the tractor. The UDAs stated the unknown hispanic male was accompanied by RICHARDSON and that prior to departing the hotel parking lot, they both took a count of how many UDAs were inside the cab of the tractor and instructed them to remain quiet. Feliciano ROMERO-Juarez, Enicia MONDRAGON-Sanchez, and Samuel RIOS-Acevedo will be held as material witnesses in the criminal case against RICHARDSON.